```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 16040
   JAMES DAVIS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0999


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 06/21/2008 and was not confirmed.

   The case was dismissed without confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------------
BANK OF NEW YORK         CURRENT MORTG         .00              .00             .00
BANK OF NEW YORK         UNSECURED       NOT FILED              .00             .00
INTERNAL REVENUE SERVICE UNSECURED       NOT FILED              .00             .00
SINAI HELATH SYSTEM      UNSECURED       NOT FILED              .00             .00
US DEPT OF EDUCATION     UNSECURED          4572.09             .00             .00
VERIZON WIRELESS         UNSECURED       NOT FILED              .00             .00
WELLS FARGO FINANCIAL IL UNSECURED           945.32             .00             .00
BANK OF NEW YORK         MORTGAGE ARRE        .00              .00             .00
INTERNAL REVENUE SERVICE PRIORITY          13957.10             .00             .00
HOMEQ SERVICING          NOTICE ONLY    NOT FILED              .00             .00
THE BANK OF NEW YORK     MORTGAGE NOTI  NOT FILED              .00             .00
ASSET ACCEPTANCE LLC     UNSECURED          1381.48             .00             .00
ASSET ACCEPTANCE LLC     UNSECURED          4094.29             .00             .00
ECAST SETTLEMENT CORP    UNSECURED          9719.44             .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,831.50                          881.60
TOM VAUGHN               TRUSTEE                                              68.40
DEBTOR REFUND            REFUND                                                 .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    950.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      881.60
TRUSTEE COMPENSATION                                 68.40
DEBTOR REFUND                                          .00
                         ---------------       ---------------
TOTALS                     950.00                   950.00



              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 16040 JAMES DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09                      /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                     CHAPTER 13 TRUSTEE